

# Missouri Court of Appeals
## Southern District

**JUNE 29, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD34130

        Re:     DERON SHANTA LEWIS,
                Movant-Appellant,
                vs.
                STATE OF MISSOURI,
                Respondent-Respondent.